IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CASEY STEWART and TYLER STEWART,

    Plaintiffs,

v.

LIBERTY MUTUAL INSURANCE CORPORATION,

    Defendant.

Case No. 3:24-cv-01261-AB

ORDER

**BAGGIO, District Judge:**

In conformity with the parties' Stipulated Motion to Dismiss *and Order of Dismissal* [21], this action is hereby dismissed with prejudice and without attorney fees and costs.

IT IS SO ORDERED.

DATED this 13th day of November, 2025.

_____
AMY M. BAGGIO
United States District Judge

1 – ORDER